## No. 6573.

### CULLEN M'CASTLE VS. I. I. CHANCEY ET AL.

When the testimony was given orally and is conflicting, the estimate of value made by the inferior court will be adopted, and its judgment will be affirmed.

APPEAL from the District Court for East Baton Rouge.    DEMING, J.

*Read & Goodale* for Plaintiff.    *Herron & Bird* for Defendant and Appellant.

MARR, J., stated the case and recited the testimony.    The matter in dispute was the enhanced value of land from improvements put upon it.    The witnesses differed in their estimates of value, and as the lower judge heard them, his judgment fixing the value was affirmed.

## No. 5522.

### HENRY LAURENCE VS. O. LELIEVRE.

In a suit for rent, the lessee cannot set up in defence that the house was uninhabitable because out of repair, and that he has suffered damages to his furniture and otherwise.    If the house needed repairs, and the lessor refused or neglects to make them, the lessee can make them, and deduct the cost thereof from the rent.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Beckwith* for Plaintiff.    *Rozier* for Defendant Appellant.

DE BLANC, J., delivered the opinion reversing the judgment.